LEVEL 3 COMMUNICATIONS, LLC, Plaintiff–Appellant,

v.

LIMELIGHT NETWORKS, INC., Defendant–Appellee.

Level 3 Communications, LLC,
Plaintiff–Appellee,

v.

Limelight Networks, Inc.,
Defendant–Appellant.

Nos. 2009–1480, 2009–1486.

United States Court of Appeals,
Federal Circuit.

Jan. 29, 2010.

Geoffrey Eaton, Winston & Strawn LLP, Charles B. Molster III, 4 Washington, DC, Peter C. McCabe III, Kurt A. Mathas, Winston & Strawn LLP, Chicago, IL, for Plaintiff–Appellant.

Robert G. Krupka, Alexander F. Mackinnon, Guy Ruttenberg, Nick G. Saros, Kirkland & Ellis LLP, Los Angeles, CA, Dion D. Messer, Limelight Networks, Inc., Tempe, AZ, for Defendant–Appellee.

ON MOTION

*ORDER*

Upon consideration of Limelight Networks, Inc.'s motion to voluntarily dismiss appeal no.2009–1486,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption in 2009–1480 is reflected above.

(2) Each side shall bear its own costs in 2009–1486.